# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thacker, Stephanie D. | U.S. Court of Appeals for the Fourth Circuit | 7/22/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2013<br>**to**<br>12/31/2013 |

**7. Chambers or Office Address**

Robert C. Byrd United States Courthouse
300 Virginia Street, East
Room 7404
Charleston, West Virginia 25301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | West Virginia University | February 13, 2013 | Morgantown, West Virginia | Lugar Competition | Meal expenses |
| 2. | William & Mary School of Law | February 15 & 16, 2013 | Williamsburg, Virginia | William B. Spong Invitational Moot Court Competition | Hotel and meal expenses |
| 3. | University of Richmond | March 7, 2013 | Richmond, Virginia | Barnett Moot Court Competition | Hotel and meal expenses |
| 4. | West Virginia University | March 16, 2013 | Morgantown, West Virginia | WVU National Energy & Sustainability Moot Court | Meal expenses |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Thacker, Stephanie D.** | 7/22/2014 |

| 5. | University of the Pacific, McGeorge School of Law | April 2, 2013 | Sacramento, CA | Pacific McGeorge Global Lawyering Skills II Final Four Oral Advoacy | Flights, Rental car, cabs, parking at airport |
| --- | --- | --- | --- | --- | --- |
| 6. | University of Virginia School of Law | April 5, 2013 | Charlottesville, Virginia | William Minor Lile Moot Court Competition | Meal expenses, mileage and tolls |
| 7. | West Virginia University | April 17, 2013 | Morgantown, West Virginia | 2013 Ihlenfeld Lecture | Mileage |
| 8. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 7/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 7/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BB&T Account | A | Interest | L | T | | | | | |
| 2. Oppenheimer Developing Markets A | A | Dividend | | | Sold | 03/15/13 | K | B | |
| 3. Thornburg International Value R4 | A | Dividend | | | Sold | 03/15/13 | K | B | |
| 4. Lord Abbett Developing Growth A | A | Dividend | | | Sold | 03/15/13 | J | A | |
| 5. Royce Total Return K | A | Dividend | | | Sold | 03/15/13 | J | A | |
| 6. Perkins Midcap Value S | A | Dividend | | | Sold | 03/15/13 | J | A | |
| 7. Prudential Jennison Mid Cap Growth A | A | Dividend | | | Sold | 03/15/13 | J | A | |
| 8. Blackrock Equity Dividend A | A | Dividend | | | Sold | 03/15/13 | K | C | |
| 9. American Century Growth A | A | Dividend | | | Sold | 03/15/13 | K | C | |
| 10. BNY Mellon DL LG Cap Stock Ind A | | None | | | Sold | 03/15/13 | K | B | |
| 11. Pimco Total Return A | A | Dividend | | | Sold | 03/15/13 | K | A | |
| 12. Pimco Real Return A | A | Dividend | | | Sold | 03/15/13 | K | A | |
| 13. Templeton Global Bond A | A | Dividend | | | Sold | 03/15/13 | K | A | |
| 14. Blackrock Multi-Asset Income | C | Dividend | L | T | Buy | 04/17/13 | L | | |
| 15. Janus Balanced Fund | C | Dividend | L | T | Buy | 04/17/13 | L | | |
| 16. Manning & Napier Pro Blend Conservative | D | Dividend | L | T | Buy | 04/17/13 | L | | |
| 17. Permanent Portfolio Fund | D | Dividend | L | T | Buy | 04/17/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 7/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BB&T Accounts | A | Interest | M | T | | | | | |
| 19. Fidelity Contrafund | A | Dividend | | | Sold | 04/17/13 | K | D | |
| 20. Fidelity Freedom 2025 | A | Dividend | | | Sold | 04/10/13 | K | B | |
| 21. Fidelity Freedom 2035 | A | Dividend | | | Sold | 04/10/13 | L | B | |
| 22. Fidelity Cash Reserves (X) | A | Dividend | | | Sold | 04/10/13 | J | A | |
| 23. Accenture Common | | None | | | Buy | 04/17/13 | J | | |
| 24. Accenture Common | | None | | | Sold | 05/09/13 | J | A | |
| 25. ACE Limited Common | | None | | | Buy | 04/10/13 | J | | |
| 26. ACE Limited Common | | None | | | Sold | 05/09/13 | J | A | |
| 27. American Express Common | | None | | | Buy | 04/10/13 | J | | |
| 28. American Express Common | | None | | | Sold | 05/09/13 | J | A | |
| 29. America Movil SAB DE CVADR | | None | | | Buy | 04/10/13 | J | | |
| 30. America Movil SAB DE CVADR | | None | | | Sold | 05/09/13 | J | A | |
| 31. American New World Fund | A | Dividend | L | T | Buy | 04/10/13 | K | | |
| 32. American Water Works Common | | None | | | Buy | 04/10/13 | J | | |
| 33. American Water Works Common | | None | | | Sold | 05/09/13 | J | A | |
| 34. Blackrock Equity Dividend Fund | A | Dividend | K | T | Buy | 05/22/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 7/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock Strategic Income Fund | C | Dividend | M | T | Buy | 04/10/13 | L | | |
| 36. Caterpillar Common | | None | | | Buy | 04/10/13 | J | | |
| 37. Caterpillar Common | | None | | | Sold | 05/09/13 | J | A | |
| 38. Citigroup Common | | None | | | Buy | 04/10/13 | J | | |
| 39. Citigroup Common | | None | | | Sold | 05/09/13 | J | A | |
| 40. Clearbridge Small Cap Growth Fund | A | Dividend | | | Buy | 05/22/13 | K | | |
| 41. Clearbridge Small Cap Growth Fund | | None | | | Sold | 12/31/13 | K | C | |
| 42. Columbia Select Large Cap | A | Dividend | K | T | Buy | 08/28/13 | K | | |
| 43. Comcast New Common | | None | | | Buy | 04/10/13 | J | | |
| 44. Comcast New Common | | None | | | Sold | 05/09/13 | J | A | |
| 45. Costco Wholesale Common | | None | | | Buy | 04/10/13 | J | | |
| 46. Costco Wholesale Common | | None | | | Sold | 05/09/13 | J | A | |
| 47. Covidien Common | | None | | | Buy | 04/10/13 | J | | |
| 48. Covidien Common | | None | | | Sold | 05/09/13 | J | A | |
| 49. CST Brands Common | | None | | | Buy | 04/10/13 | J | | |
| 50. CST Brands Common | | None | | | Sold | 05/09/13 | J | A | |
| 51. CVS Caremark Common | | None | | | Buy | 04/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 7/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CVS Caremark Common | | None | | | Sold | 05/09/13 | J | A | |
| 53. Diageo Common | | None | | | Buy | 04/10/13 | J | | |
| 54. Diageo Common | | None | | | Sold | 05/22/13 | J | A | |
| 55. Dreyfus Appreciation Fund | A | Dividend | | | Buy | 05/22/13 | K | | |
| 56. Dreyfus Appreciation Fund | | None | | | Sold | 12/31/13 | K | C | |
| 57. FedEx Corp Common | | None | | | Buy | 04/10/13 | J | | |
| 58. FedEx Corp Common | | None | | | Sold | 05/09/13 | J | A | |
| 59. Home Depot Common | | None | | | Buy | 04/10/13 | J | | |
| 60. Home Depot Common | | None | | | Sold | 05/09/13 | J | A | |
| 61. Honeywell International Common | | None | | | Buy | 04/10/13 | J | | |
| 62. Honeywell International Common | | None | | | Sold | 05/09/13 | J | A | |
| 63. IBM Common | | None | | | Buy | 04/10/13 | J | | |
| 64. IBM Common | | None | | | Sold | 05/09/13 | J | A | |
| 65. Intuit Inc Common | | None | | | Buy | 04/10/13 | J | | |
| 66. Intuit Inc Common | | None | | | Sold | 05/09/13 | J | A | |
| 67. iShares Russell 1000 Growth ETF | A | Dividend | J | T | Buy | 05/22/13 | J | | |
| 68. iShares Russell 1000 Value ETF | A | Dividend | J | T | Buy | 05/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 7/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. John Hancock Classic Value Fund | A | Dividend | K | T | Buy | 05/22/13 | K | | |
| 70. Marathon Oil Common | | None | | | Buy | 04/10/13 | J | | |
| 71. Marathon Oil Common | | None | | | Sold | 05/09/13 | J | A | |
| 72. McDonalds Corp Common | | None | | | Buy | 04/10/13 | J | | |
| 73. McDonalds Corp Common | | None | | | Sold | 05/09/13 | J | A | |
| 74. McKesson Corp Common | | None | | | Buy | 04/10/13 | J | | |
| 75. McKesson Corp Common | | None | | | Sold | 05/09/13 | J | A | |
| 76. MFS Value Fund | A | Dividend | K | T | Buy | 05/22/13 | K | | |
| 77. Microsoft Corp Common | | None | | | Buy | 04/10/13 | J | | |
| 78. Microsoft Corp Common | | None | | | Sold | 05/09/13 | J | A | |
| 79. Monsanto Co Common | | None | | | Buy | 04/10/13 | J | | |
| 80. Monsanto Co Common | | None | | | Sold | 05/09/13 | J | A | |
| 81. Nike Common | | None | | | Buy | 04/10/13 | J | | |
| 82. Nike Common | | None | | | Sold | 05/09/13 | J | A | |
| 83. Oracle Common | | None | | | Buy | 04/10/13 | J | | |
| 84. Oracle Common | | None | | | Sold | 05/09/13 | J | A | |
| 85. Pioneer Strategic Income Fund | C | Dividend | M | T | Buy | 04/10/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 7/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Prudential Jennison Value Fund | A | Dividend | | | Buy | 05/22/13 | K | | |
| 87. Prudential Jennison Value Fund | | None | | | Sold | 11/27/13 | K | C | |
| 88. Schlumberger LTD Common | | None | | | Buy | 04/10/13 | J | | |
| 89. Schlumberger LTD Common | | None | | | Sold | 05/09/13 | J | A | |
| 90. T. Rowe Price Common | | None | | | Buy | 04/10/13 | J | | |
| 91. T. Rowe Price Common | | None | | | Sold | 05/09/13 | J | A | |
| 92. TCW Select Equities Fund | A | Dividend | K | T | Buy | 05/22/13 | K | | |
| 93. Thermo Fisher Scientific Common | | None | | | Buy | 04/10/13 | J | | |
| 94. Thermo Fisher Scientific Common | | None | | | Sold | 05/09/13 | J | A | |
| 95. United Technologies Common | | None | | | Buy | 04/10/13 | J | | |
| 96. United Technologies Common | | None | | | Sold | 05/09/13 | J | A | |
| 97. Valero Energy Common | | None | | | Buy | 04/10/13 | J | | |
| 98. Valero Energy Common | | None | | | Sold | 05/09/13 | J | A | |
| 99. Victory Large Cap Growth Fund | A | Dividend | | | Buy | 05/22/13 | K | | |
| 100. Victory Large Cap Growth Fund | | None | | | Sold | 11/27/13 | K | C | |
| 101. Visa Inc Common | | None | | | Buy | 04/10/13 | J | | |
| 102. Visa Inc Common | | None | | | Sold | 05/09/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 7/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wells Fargo Common | | None | | | Buy | 04/10/13 | J | | |
| 104. Wells Fargo Common | | None | | | Sold | 05/09/13 | J | A | |
| 105. Wisconsin Energy | | None | | | Buy | 04/10/13 | J | | |
| 106. Wisconsin Energy | | None | | | Sold | 05/09/13 | J | A | |
| 107. Wells Fargo Advantage Small Cap Value Fund | A | Dividend | K | T | Buy | 05/22/13 | K | | |
| 108. Blackrock Global Allocation Fund | A | Dividend | J | T | Buy | 04/17/13 | K | | |
| 109. Pioneer Multi-Asset Real Return Fund | A | Dividend | J | T | Buy | 04/17/13 | K | | |
| 110. American Century Moderate A (Y) | | | | | | | | | |
| 111. American Century Aggressive A (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thacker, Stephanie D.** | 7/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephanie D. Thacker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544